UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 SEP 12 AM 11: 38

CLERK
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| STEPHEN MARK GREEN, CRNA, | ) | |
| | ) | CIVIL ACTION NO.2:13-CV-168 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| SPRINGFIELD MEDICAL CARE SYSTEMS, INC | ) | |
| | ) | |
| Defendant | ) | |

### EVALUATOR'S REPORT

Please select one:

____ First Session Report
_X__ Second Session Report
____ Third Session Report
____ Corrected/Revised Report
____ Supplemental Report
____ Other

Michael J. Marks, Esq., the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

| | | | | |
|---|---|---|---|---|
| (j)(1)(A): | **Date of session:** | **Start time:** | **Finish time:** | |
| | September 4, 2014 | 10:00 a.m. | 7:15 p.m. | |
| (j)(1)(B): | **Names of attendees:** | **Role:** | **Settlement authority:** (check only where applicable) | |
| | Stephen Mark Green | Plaintiff | | X |
| | Emmy Green | | | |
| | Stephen Ellis, Esq. | Plaintiff's Attorney | | |
| | Robert DeMarco | Representative for Defendant | | |
| | Amanda Chaffee | Representative for Defendant | | |
| | Carrie Mishler | Insurance adjuster for Defendant | | X |
| | Andrew Maass, Esq. | Defendant's Attorney | | |

(j)(1)(C):      Substitute arrangements regarding attendance:

_____

(j)(1)(D):      Date parties' Evaluation Statements received by Evaluator:

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

(j)(1)(E):      **Oral presentations:** By all Parties

(j)(1)(F):      **Results of session:**
(j)(1)(F)(i):   _X_ Full settlement          ___ Partial settlement

___ No Settlement

(j)(1)(F)(ii):  Stipulation to narrow the scope of dispute:          _____ N/A

(j)(1)(F)(iii): Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:

Scheduling another ENE session:    _____ Yes _____ NO

**Other comments:** (please refer to L.R. 16.1 (j)(2)):

Full confidential settlement

Dated at Middlebury, on this 9th day of September 2014.

_____
Michael J. Marks, Esq.    /KB
Evaluator